IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHRISTOPHER M. DABOUL
a/k/a CHRISTOPHER DABOUL,

     Appellant,

v.

BAC HOME LOANS SERVICING,
L.P., f/k/a Countrywide Home
Loans Servicing, L.P., p/k/a Bank of
America, N.A. successor by merger
to BAC Home Loans Servicing, L.P.
f/k/a Country Home Loans
Servicing, L.P.,

     Appellee.
_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2650

Opinion filed February 5, 2015.

An appeal from the Circuit Court for Duval County.
Frederic A. Buttner, Judge.

Christopher M. Daboul, Jacksonville, Appellant, pro se.

Matthew E. Hearne of Frenkel Lambert Weis Weisman & Gordon, LLP,
Ft. Lauderdale; Kimberly N. Hopkins of Shapiro, Fishman & Gaché, LLP, Tampa,
for Appellee.


PER CURIAM.

     AFFIRMED.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.